UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR224-0009 |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| ISMAEL DELGADO-CELIS | ) | Controlled Substances |
| | ) | (Methamphetamine) |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about September 12, 2024, in Jeff Davis County, within the Southern District of Georgia, the Defendant,

**ISMAEL DELGADO-CELIS,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Ryan E. Bondura
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division